| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* | Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
South Sky Aviation Corporation

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  Florida Aviation Academy

**3. Debtor's federal Employer Identification Number (EIN)**  
65-0422440

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1401 NE 10th Street<br>Pompano Beach, FL 33060 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Broward | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
flaaviationacademy.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify:

Debtor  **South Sky Aviation Corporation**                                                Case number (*if known*)
            Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6115__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor **South Sky Aviation Corporation**   Case number (*if known*) _____
        Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No<br>■ Yes. |
|---|---|---|

| List all cases. If more than 1, attach a separate list | Debtor | **John J. Fitzgerald** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Southern District of Florida, Fort Lauderdale Division** When **3/03/22** | Case number, if known | |

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### ■ Statistical and administrative information

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor __**South Sky Aviation Corporation**__          Case number (*if known*) _____
          Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **South Sky Aviation Corporation**
　　　　Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  3, 2022**
　　　　　　　　MM / DD / YYYY

X **/s/ John Fitzgerald**　　　　　　　　　　**John Fitzgerald**
Signature of authorized representative of debtor　　Printed name

Title  **President and Director**

**18. Signature of attorney**

X **/s/ Robert P. Charbonneau, Esq.**　　　　Date **March  3, 2022**
Signature of attorney for debtor　　　　　　　　MM / DD / YYYY

**Robert P. Charbonneau, Esq. 968234**
Printed name

**Agentis PLLC**
Firm name

**55 Alhambra Plaza, Suite 800**
**Miami, FL 33134**
Number, Street, City, State & ZIP Code

Contact phone  **305-722-2002**　　Email address  **rpc@agentislaw.com**

**968234 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **South Sky Aviation Corporation** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** PO Box 650448 Dallas, TX 75265 | | **Credit card purchases** | | | | $24,876.00 |
| **Citbank AA Mastercard** PO Box 900137 Louisville, KY 40290 | | **Credit card purchases** | | | | $73,181.00 |
| **Fernando Q. Diaz & Silvia V. Coello Mena** c/o H. K. Skip Pita, Esq. **Pita Weber Del Prado** 9350 S. Dixie Hwy. Ste 1200 **Miami, FL 33156** | | **Pending Litigation** | **Unliquidated Disputed** | | | $0.00 |
| **PNC Bank** PO Box 747032 Pittsburgh, PA 15274 | | **Line of Credit** | | | | $74,421.00 |
| **US Small Business Administration** 2 North Street, Suite 320 **Atten: Linda Cook** Birmingham, AL 35203 | | **All tangible and intangible personal property** | | $150,000.00 | $0.00 | $150,000.00 |

```
American Express
PO Box 650448
Dallas, TX 75265


Broward County Tax Collector
Governmental Center Annex
115 S. Andrews Ave
Fort Lauderdale, FL 33301


CaJa Aviation, LLC
1401 NW 10th Street
Pompano Beach, FL 33060


CaJa, LLC
1401 NW 10th Street
Pompano Beach, FL 33060


Citbank AA Mastercard
PO Box 900137
Louisville, KY 40290


Community Bank of Broward
1220 S State Road 7
Hollywood, FL 33023


Fernando Q. Diaz & Silvia V. Coello Mena
c/o H. K. Skip Pita, Esq.
Pita Weber Del Prado
9350 S. Dixie Hwy. Ste 1200
Miami, FL 33156


Florida Departement of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0100


Geoffrey T. White
1400 NE 54 Street Apt# 204
Fort Lauderdale, FL 33334-4902
```

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


John J. Fitzgerald
2841 N Ocean Blvd
Apt# 1502
Fort Lauderdale, FL 33308


N25990, LLC
1621 Central Ave
Cheyenne, WY 82001


N3058T, LLC
1401 NE 10th Street
Pompano Beach, FL 33060


N5197K, LLC
1401 NE 10th Street
Pompano Beach, FL 33060


N5223L, LLC
1401 NE 10th Street
Pompano Beach, FL 33060


N64575, LLC
1621 Central Avenue
Cheyenne, WY 82001


N6554L, LLC
1621 Central Avenue
Cheyenne, WY 82001


N6709Y, LLC
1621 Central Avenue
Cheyenne, WY 82001


N6709Y, LLC
1401 NE 10th Street
Pompano Beach, FL 33060


N739WY, LLC
1401 NE 10th Street
Pompano Beach, FL 33060
```

```
N995JA, LLC
1621 Central Avenue
Cheyenne, WY 82001


PNC Bank
PO Box 747032
Pittsburgh, PA 15274


Sheltair Pompano Beach, LLC
5520 NW 21st Terrace, Hangar 7
Fort Lauderdale, FL 33309


US Small Business Administration
2 North Street, Suite 320
Atten: Linda Cook
Birmingham, AL 35203
```